UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHARLES J. SOUTHALL,III     CASE NO:  22-210

SECTION : "A"

JUDGE: Jay C Zainey

MAGISTRATE: 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing:

**IT IS ORDERED** that defendant, Charles Southall, III be granted to leave the jurisdiction on December 11,2022 through December 18, 2022.

Signed this ___day of _____,2022.

_____

JUDGE