LAED 247 (Rev. 10/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Louisiana

United States of America )
v. )
)
CHARLES J. SOUTHALL III )   Case No: __22-210 A__
)   BOP No: __25277-510__
Date of Original Judgment: ____02/28/2023____ )
Dates of Previous Amended )   SAMANTHA KUHN
Judgments/Orders: _____   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of ____02/28/2023____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Total Offense Level: _24_   as of _2/28/2023_   Amended Total Offense Level: _24_
Criminal History Category: _I_   Criminal History Category: _I_
Previous Guideline Range: _51_ to _63_ months   Amended Guideline Range: _51_ to _63_ months

### *(Complete Part II of Page 2 when motion is granted)*
**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

The defendant personally caused substantial financial harm, and in doing so rendered himself ineligible for a sentence reduction under 4C1.1. (See the original judgment regarding restitution.)

Except as otherwise provided, all provisions of the judgment dated ____02/28/2023____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ____09/19/2024____          _____
                                                                         *Judge's signature*

Effective Date: ____09/19/2024____          Jay C. Zainey, United States District Judge
*(No earlier than February 1, 2024, for Amend. 821*          *Printed name and title*
*sentence reductions.)*